IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIGUEL A. MARTINEZ | : | CIVIL ACTION |
| v. | : | |
| PAUL K. SMEAL, ET AL. | : | NO. 09-4031 |

O R D E R

AND NOW, this 8th day of October, 2009, it is ORDERED as follows:

1. Temporary leave to proceed <u>in forma pauperis</u> is GRANTED for the sole purpose of filing this action in this Court;

2. The Clerk of Court shall TRANSFER this action to the United States District Court for the Middle District of Pennsylvania along with a certified copy of the docket, and all papers and the file in this matter; and

3. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

_/s/ J. Curtis Joyner_
J. CURTIS JOYNER, J.